

**JOHN H SMITH** ◇▪†●
john@smithshanklin.com

**LOREN D. SHANKLIN**
loren@smithshanklin.com

**ALICIA M. SOSA**
alicia@smithshanklin.com

◇ Licensed in Louisiana and Mississippi
▪ The American Trial Lawyers Association
† Multi-Million Dollar Advocates Forum
● Louisiana Attorneys for Justice

January 22, 2018
<u>*Sent via Certified Mail*</u>
<u>*Return Receipt Requested*</u>

Remington Arms Company, LLC
870 Remington Drive
Madison, NC 27025-8331

    Re:    Michael Guidry vs. Remington Arms Company
              16th JDC, St. Mary Parish
              Docket No. 131981; Division. D

Dear Sir or Madam:

    By this letter and the enclosed citation you are being served via the Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq., as agent for service of process for the Remington Arms Company, LLC in above-referenced matter.

    Enclosed with the Citation for Service is the Petition for Damages, filed herein. Please respond within the delays allowed by law as indicated in the Citation.

    With kind regards, I remain

                                                Sincerely yours,

                                               Loren D. Shanklin

LDS/ks

Hillside Oaks Square | 16851 Jefferson Highway | Suite 5A | Baton Rouge, LA 70817
Telephone: 225.223.6333 | Facsimile: 888.413.8345

**EXHIBIT A**

# CITATION

| | | |
|---|---|---|
| **MICHAEL GUIDRY** | | **STATE OF LOUISIANA** |
| **Vs. No. 131981 Div "D"** |  | **16th JUDICIAL DISTRICT COURT** |
| **REMINGTON ARMS COMPANY LLC** | | **PARISH OF ST. MARY** |

**To: REMINGTON ARMS COMPANY, LLC,** _____

_____

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within thirty (30) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, DECEMBER 29, 2017.

                                                     CLIFF DRESSEL
                                                     Clerk of Court
                                                St. Mary Parish, Louisiana
                                                16th Judicial District Court

                                             _____
                                                     Deputy Clerk of Court
                                                             JRS

SPACE BELOW FOR SHERIFF'S RETURN

**(CERTIFIED COPY OF THE CITATION AND PETITION FORWARDED TO STEPHEN M. IRVING, ATTY. FOR SERVICE PURSUANT TO LONG ARM STATUTE.)**

[ SERVICE ]

STATE OF LOUISIANA
PARISH OF ST MARY

16TH JUDICIAL DISTRICT COURT

| MICHAEL GUIDRY | NUMBER: |
| --- | --- |
| VERSUS | 1 3 1 9 8 1 |
| REMINGTON ARMS COMPANY | DIVISION: DIV. "D" |

## PETITION

Now before the Court comes Michael Guidry, a Louisiana resident who with respect represents the following:

1.

Made defendant herein is Remington Arms Company, LLC (hereafter "Remington") an entity organized under the laws of the State of Delaware which maintains its principal place of business in the State of North Carolina that is not qualified to do business in the State of Louisiana. At all times relevant hereto, Defendant Remington engaged in the distribution and sale of firearms and ammunition products in the State of Louisiana. Remington Arms Company, LLC is also the successor to various entities which have made firearms and ammunition under the name "Remington" for many years and marketed those products in the State of Louisiana.

2.

One rifle which Remington made and marketed in the State of Louisiana was the model 788 which was made for a number of years ending about 1983.

3.

EXHIBIT A

Plaintiff's father bought a Remington Model 788 rifle that was made by Defendant Remington at Tideland Gun and Tackle in Morgan City, Louisiana on a date that is not known and owned the rifle for many years. Plaintiff acquired the rifle from his father. In spite of its age the rifle had rarely been used and has not been used since the incident described herein.

4.

Unknown to Plaintiff the rifle had a defect in design that caused it to fire without the trigger being pulled under certain circumstances. Alternatively, unknown to Plaintiff the rifle had a defect in its manufacture which caused it to fire without the trigger being pulled under certain circumstances.

5.

Defendant Remington knew of the propensity of some Model 788 rifles to fire without the trigger being pulled and in fact the model 788 had been adjudicated in a court of law to have a defect in design or manufacture that caused it to fire without the trigger being pulled in one or more cases more than 25 years before the incident set forth below but Remington took no steps to recall the rifle or warn owners of the defect.

6.

At Approximately 4:15 P.M. January 6, 2017 Plaintiff entered his deer stand for a Friday evening hunt. He had with him the rifle he acquired from his father referenced above, a Remington Model 788 .243 Bolt Action Rifle. Unknown to Plaintiff this rifle had the defects set forth above.

7.

Plaintiff sat down once in his stand and removed the rifle from a gun case in which it was carried to the stand. He then loaded the clip with 3 cartridges and installed the loaded clip into the rifle. Plaintiff made sure the rifle was on safety and then opened the bolt and slid it down to load a cartridge in the chamber. The butt of rifle was on the floor and the rifle was held barrel up beside the chair where Plaintiff was sitting. Once the cartridge slid onto Bolt Plaintiff proceeded to slide the bolt up placing cartridge into the chamber of the rifle. Immediately as Plaintiff went to lock the barrel/bolt action the rifle fired without the trigger being pulled or the safety being disengaged. At the time the rifle fired the end of the barrel was within 6 inches of the left side of Plaintiff's head.

8.

The Pressure from the discharging round almost blew Plaintiff's hat completely off his head. At the time the rifle fired neither the windows nor the door of the stand were open. The pressure from the round blew the walls out, leaving some of the staples holding the wall together exposed.

9.

Plaintiff has experienced bleeding from his ear and a substantial permanent hearing loss in the left ear from the pressure generated by the round and also has a constant hissing sound. The "hissing" sound is so annoying that Plaintiff often has to leave the TV on at night to go to sleep.

10.

As a result of the injury to his ear Plaintiff has to use ear drops which are expensive.

EXHIBIT A

11.

As a further result of the above described accident petitioner Michael Guidry has in the past and/or may in the future incur medical and related expenses, and loss of income and/or earning capacity, all to be described with particularity upon the trial of this matter.

12.

Plaintiff desires a jury trial.

Wherefore Plaintiff prays the Defendant be served with a copy of this petition under the Louisiana Longarm Statute and after due proceedings there be judgment for such damages as are reasonable and proper under the premises set forth above.

Respectfully Submitted,

STEVE IRVING, L.L.C.

By: Stephen M. Irving (7170)
111 Founders Drive, Suite 700
Baton Rouge, LA 70810-8959
Telephone: (225) 752-2688
Facsimile: (225) 752-2663
Email: steve@steveirvingllc.com

Joel G. Porter (21825)
Attorney at Law
1208 Julia Drive
Baton Rouge, Louisiana 70802
Tel. (225) 978-1955
Fax (225) 456-2886

John H Smith Bar. No. 23308
Smith, Shanklin, Sosa, LLC
16851 Jefferson Hwy Ste 7C
Baton Rouge, La. 70817
225-223-6333
Fax 888-413-8345
John@smithshanklin.com

William J. Guste, III, LSBA 6375
Guste, Barnett, Schlesinger,
Henderson & Alpaugh, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113
(504) 529-4141
Fax: (504) 561-0326

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON
DEC 27 2017

RECEIVED AND FILED
DEC 29 2017
Dy. Clerk of Court

EXHIBIT A

E:  wjg@gustebarnett.com

Please Serve:

Remington Arms Company, LLC
Pursuant to the Louisiana Longarm Statute
La. R.S. 13: 3201

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

DEC 27 2017

RECEIVED AND FILED

DEC 29 2017

Dy. Clerk of Court

EXHIBIT A

UNITED STATES OF AMERICA,
STATE OF LOUISIANA,
16TH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARY

    I, **CLIFF DRESSEL**, Clerk, 16th Judicial District Court, St. Mary Parish, Louisiana ex Officio Recorder thereof, duly commissioned and qualified, do hereby certify that the above and foregoing is a true and correct copy of **Citation and Petition issued in the proceeding captioned: Michael Guidry Vs. Remington Arms Company, LLC, Suit No. 131,981 Div "D" State of Louisiana, Parish of St. Mary.**

    IN EVIDENCE WHEREOF, witness my official signature, and the impress of the seal of my office at Franklin, St. Mary Parish, Louisiana, **December 29, 2017**.

_____
CLERK, SIXTEENTH JUDICIAL DISTRICT COURT,
ST. MARY PARISH, LOUISIANA

    I, **Vincent J. Borne**, Judge of the Sixteenth Judicial District Court, in and for the Parish of St. Mary, State of Louisiana, do hereby certify that **Cliff Dressel**, is the Clerk of said Court, that the same is a Court of Record, and that the signature, **Cliff Dressel**, Clerk, Sixteenth Judicial District Court, St. Mary Parish, Louisiana, to the foregoing certificate is in the proper handwriting of him, the said **Cliff Dressel**, Clerk, to which official act as such full faith and credence are due and owing, and I do further certify that this attestation is in due form of law.

    IN EVIDENCE WHEREOF, witness my official signature at Franklin, Parish of St. Mary. Louisiana, **December 29, 2017**.

_____
JUDGE, SIXTEENTH JUDICIAL DISTRICT COURT
ST. MARY PARISH, LOUISIANA.

    I, CLIFF DRESSEL, Clerk, 16th Judicial District Court, St. Mary Parish, Louisiana, duly commissioned and qualified, do hereby certify that Honorable **Vincent J. Borne**, who signed the foregoing certificate is now and was at the time of signing same, the presiding Judge of the Sixteenth Judicial District in and for the Parish of St. Mary, Louisiana, duly elected and commissioned and qualified as such, and that said attestation is in due form of law.

    IN EVIDENCE WEREOF, witness my official signature, and the impress of the seal of my office, at Franklin, St. Mary Parish, Louisiana, **December 29, 2017**.

_____
CLERK, ST. MARY PARISH, LOUISIANA

Revised 02/2017

EXHIBIT A