**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL GUIDRY** | **CIVIL ACTION NO. 6:18-CV-00218** |
| **VERSUS** | **JUDGE: MICHAEL J. JUNEAU** |
| **REMINGTON ARMS COMPANY LLC** | **MAGISTRATE: PATRICK J. HANNA** |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

BY:   */s/   Stephen M. Irving*
**Stephen M. Irving (Bar No. 7170)**
**STEVE IRVING, LLC**
111 Founders Dr. - Suite 700
Baton Rouge, LA 70810
Tel:  225-752-2688
Fax: 225-752-2663
Email: steve@steveirvingllc.com

**Joel G. Porter (Bar No. 21825)**
**Attorney At Law**
15884 S. Sunderland - Suite B
Baton Rouge, LA 70816
Tel:  504-751-4636

**John H. Smith (Bar No. 23308)**
**SMITH, SHANKLIN, SOSA, LLC**
16851 Jefferson Hwy. - Suite 5A
Baton Rouge, LA 70817
Tel:  225-223-6333
Fax: 888-413-8345
Email: john@smithshanklin.com

*Counsel for Plaintiff, Michael Guidry*

00649915

/ And /

BY:    */s/ McDonald G. Provosty*
**Quentin F. Urquhart (La. Bar # 14475)**
**McDonald G. Provosty (La. Bar #29389)**
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Tel: 504-310-2107
Fax: 504-310-2101
Email: qurquhart@irwinllc.com
       mprovosty@irwinllc.com

**Dale G. Wills** (*pro hac*, Illinois Bar #6184565)
**Andrew A. Lothson** (*pro hac*, Illinois Bar #297061)
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
Tel: 312-321-9100
Fax: 312-321-0990
Email: dwills@smbtrials.com
       alothson@smbtrials.com

*Counsel for Defendant, Remington Arms Company, LLC*

## CERTIFICATE OF SERVICE

I certify that foregoing was e-filed using the Court's ECF/CM system on November 4, 2019, which will provide notice and a copy upon all counsel of record.

/s/ *McDonald G. Provosty*